AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK
APR 2 2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States
_Plaintiff_
v.
Ngoc Nguyen
_Defendant_

Case No. 3:22mj-238

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, Ngoc Nguyen

Date: 4-22-22

_Attorney's signature_

Shelt Michael Lewis 97706
_Printed name and bar number_

40 Public Sq. Elizabethtown, Ky. 42701
_Address_

shelt.lewis@gmail.com
_E-mail address_

502-694-3200
_Telephone number_

_FAX number_